UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Abdihamid Khalif Hassan,

    Petitioner,

vs.                               ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

I.C.E.,

    Respondent.                  Civil No. 13-841 (PJS/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [Docket No. 1], is **DENIED** as moot; and

2. This action is summarily **DISMISSED WITH PREJUDICE**.


DATED: 08/01/13                                         s/Patrick J. Schiltz
                                                               Patrick J. Schiltz, Judge
                                                               United States District Court